**Electronically Filed
Supreme Court
SCPW-15-0000236
06-MAY-2015
10:43 AM**

SCPW-15-0000236

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

KAIULA KALAWE ENGLISH and ROBIN WAINUHEA DUDOIT, Petitioners,

vs.

THE HONORABLE JOSEPH E. CARDOZA, JUDGE OF THE CIRCUIT
COURT OF THE SECOND CIRCUIT, STATE OF HAWAI'I, Respondent Judge,

and

STATE OF HAWAI'I, Respondent.

---

ORIGINAL PROCEEDING
(CR. NO. 14-1-0819(3); CR. NO. 14-1-0820(3))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioners Kaiula Kalawe English and Robin Wainuhea Dudoit's motion for reconsideration, filed on April 29, 2015, the documents attached thereto and submitted in support thereof, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, May 6, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

